UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NOLLE PROSEQUI |
| -v.- | : | 22 Cr. 305 (JMF) |
| NATHANIEL CHASTAIN, | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      1.      The filing of this *nolle prosequi* will dispose of this case with respect to NATHANIEL CHASTAIN, the defendant.

      2.      On or about May 31, 2022, a grand jury sitting in this District returned Indictment 22 Cr. 305, which charged NATHANIEL CHASTAIN, the defendant, with committing wire fraud through the misappropriation and use of confidential information of his employer, in violation of 18 U.S.C. § 1343, and money laundering, in violation of 18 U.S.C. § 1956. On or about May 3, 2023, a jury convicted Chastain of both counts of the Indictment, and he was subsequently sentenced to a term of imprisonment, which he served. However, on or about July 31, 2025, the United States Court of Appeals for the Second Circuit vacated the judgment and remanded the case for further proceedings.

      3.      On or about January 22, 2026, NATHANIEL CHASTAIN, the defendant, entered into a deferred prosecution agreement with the Government. Under the agreement, CHASTAIN was required to forfeit 15.98 ETH, which represented property he obtained from buying and selling non-fungible tokens. CHASTAIN was also required to refrain from violating any federal, state, or local law during the period of the prosecution's deferral.

4.  As NATHANIEL CHASTAIN, the defendant, has complied with the terms of the deferred prosecution agreement, the Government recommends that an order of *nolle prosequi* be filed as to NATHANIEL CHASTAIN, the defendant, with respect to Indictment 22 Cr. 305.

_____
Nicolas Roos
Assistant United States Attorney

Dated: New York, New York
       February 18, 2026

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of *nolle prosequi* be filed as to defendant NATHANIEL CHASTAIN with respect to Indictment 22 Cr. 305.

_____
JAY CLAYTON
United States Attorney
Southern District of New York

Dated: New York, New York
February 18, 2026

The conference scheduled for March 5, 2026, is hereby CANCELED.

SO ORDERED:

_____
HONORABLE JESSE M. FURMAN
United States District Judge
Southern District of New York

Dated: New York, New York
       February 24, 2026